DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAED EL YORDI CHEBIB,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1151

[July 30, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 50-2016-CF-012640-AXXX-MB.

Raed El Yordi Chebib, West Palm Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***